UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CLARANCE HUCUL, and
DIANE ROTHMAN,

        Plaintiffs,

Case No. 09-10529

HON: AVERN COHN

v.

ROBERT REZNICK, and
AMERITECH PUBLISHING, INC.

        Defendants,
_____/

## ORDER

Given that defendants Jeffrey Weber, Michael Olcese, and the Law Firm of Weber & Olcese are no longer parties in this case, plaintiff shall file an amended complaint as to defendants Robert Reznick and Ameritech Publishing, Inc.  The motion for summary judgment (Dkt. 29) in so far as it pertains to Ameritech Publishing, Inc. through its joinder (Dkt. 31) is DENIED without prejudice.  Following the filing of the amended complaint and answers, the Court will hold a status conference to chart the future course of the case.

    SO ORDERED.

Dated: December 02, 2009
                                 s/ Avern Cohn
                                 AVERN COHN
                                 UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, December 2, 2009, by electronic and/or ordinary mail.

                                 s/ Julie Owens
                                 Case Manager, (313) 234-5160